IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| TERENCE JAVON FLOYD, | |
| Plaintiff, | CIVIL ACTION NO.: 2:23-cv-47 |
| v. | |
| MATT SPELL, et al., | |
| Defendants. | |

**O R D E R**

Defendants have filed a Motion to Stay Discovery. Doc. 25. Defendants asks the Court to stay the discovery obligations pending resolution of their motion to dismiss. Plaintiff has not responded to this Motion, and the time to do so has expired, indicating there is no opposition. Local R. 7.5 ("Failure to respond within the applicable time period shall indicate . . . there is no opposition to the motion."). Thus, the Court **GRANTS** Defendants' Motion as unopposed and **STAYS** the proceedings in this case, including discovery, pending resolution of Defendants' motion to dismiss. This stay will be automatically lifted upon resolution of the motion to dismiss, should any claims remain pending.

**SO ORDERED**, this 13th day of March, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA