AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TERENCE JAVON FLOYD,

    Plaintiff,

v.

MATT SPELL, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:23-cv-47

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated October 3, 2024, Plaintiff's complaint is dismissed without prejudice, and Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORIGA

October 3, 2024
Date

John E. Triplett
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03